# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | | |
|---|---|---|
| **JAMES EDWARD HORVATH,** | * | |
| | * | |
| **Plaintiff** | * | |
| | * | |
| V. | * | Case No. 4:07CV00257 SWW/BD |
| | * | |
| **JOHN LINEBERGER,** *et al*, | * | |
| | * | |
| | * | |
| **Defendants** | * | |

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed any objections. After careful review of the Recommended Disposition, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, the Complaint (docket entry #2) is DISMISSED with prejudice and the dismissal will count as a "strike" against Plaintiff under 28 U.S.C. § 1915(g).

IT IS SO ORDERED, this 28th day of June, 2007.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE