# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | | |
|---|---|---|
| **JAMES EDWARD HORVATH,** | * | |
| | * | |
| **Plaintiff** | * | |
| | * | |
| V. | * | Case No. 4:07CV00257 SWW/BD |
| | * | |
| **JOHN LINEBERGER,** *et al*, | * | |
| | * | |
| | * | |
| **Defendants** | * | |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE, pursuant to Federal Rule of Civil Procedure 41(b).  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment and the accompanying Order would not be taken in good faith.

IT IS SO ORDERED this 28th day of June, 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE